IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN HOME ASSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL CONSTRUCTION COMPANY, LLC; TOLL BROTHERS REALTY TRUST; and PRINCETON JUNCTION APARTMENTS, LP, <br><br> Defendants. | CIVIL ACTION <br> NO. 14-07319 |

## ORDER

**AND NOW**, this 19th day of August, 2015, upon consideration of Defendants Toll Brothers Realty Trust and Princeton Junction Apartments, LP's Motion to Dismiss (ECF. No. 11), Plaintiff American Home Assurance Company's response in opposition (ECF No. 15), Defendants' reply (ECF No. 17), and Defendants' supplemental letters (ECF Nos. 22, 25), it is **ORDERED** that the Motion is **GRANTED** and the Complaint (ECF No. 1) is **DISMISSED** **without prejudice**.

It is further **ORDERED** that Plaintiff's Motion for Summary Judgment (ECF Nos. 18, 19), is **DENIED as moot.** The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.